# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff(s))

Christopher L. Lutzow
~~Tina M. Wiedemeier~~
~~Leonard J. Lutzow~~

v.

Case Number:

23-C-364

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Michael J. Zolper

Tina M. Wiedemeier

Leonard J. Lutzow

---

A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__ and resides at
   (State)

   __W8421 Beilak Road Wausaukee, WI__
   (Address)
   __54177__

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __MICHAEL J. ZOLPER__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of  WISCONSIN
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

Christopher LUTZOW VIOLATED ORDINANCES

RESTITUTION

PARENTAL RIGHTS - SUPERVISION - OUT OF - LOOKED

PAROLE - PROBATE

ACCESSOR - CLIENT - PLAINTIFF

ENCROACHMENT DEC. 26th 2022

TRESPASS - LAND w/o AUTHORIZATION - INLAND

ADULT PROTECTION

BOARD OF DIRECTORS - GREEN VALLEY COMPLEX

Complaint – 2

RAPE WAS EXCESSIVE

BIRTH CERTIFICATE

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

DUES - OWE                    PROOF OF RESIDE (ADDRESS)

CITIZENSHIP

CIVIL RIGHTS

LIONS CLUB

POW-MIA

FUNERAL

            PROOF OF WIDOW (PROCLAMATION)

CONDOLENCES

E. JURY DEMAND

I want a jury to hear my case.

☒ - YES    ☒ - NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 20th day of MARCH 20 23.

Respectfully Submitted,

*Christopher L. Lutzow*
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

W8421 Beilak road WAUSAUKEE, WI 54177

1845 AUGUST ST. APT. 2 ACCESS
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 1:23-cv-00364-WCG    Filed 03/20/23    Page 5 of 5    Document 1