# United States District Court
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER L. LUTZOW,

        Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-364

MICHAEL J. ZOLPER, et al.,

        Defendants.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff takes nothing, and this case is DISMISSED without prejudice.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: May 3, 2023

GINA M. COLLETTI
Clerk of Court

s/ Lori Hanson
(By) Deputy Clerk